# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS TRICE | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | NO. 09-3844 |
| Defendant | : | |

## ORDER

AND NOW, this 23rd day of Auy., 2010, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto, Plaintiff's reply thereto, and review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; and
2. The Plaintiff's Request for Review is DENIED.

It is so ORDERED.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY, J.